DANIEL G. BOGDEN
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00521-PMP-PAL |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION FOR CONTINUANCE AS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION (ECF No. 97) |
| DWIGHT JACKSON, | |
| Defendant. | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, submits request to request for a continuance to the response date to government's response to defendant's motion (ECF No. 97).

The government requests an additional ten (10) days to respond to defendant's motion from the date of this request. This continuance is requested for the following reasons:

1. The complexity of the defendant's motion requires further research and analysis by the government of the issues raised in defendant's motion, and multiple attachments, and to validity the materials presented by the defendant.

2. Government counsel has been recently added to the case following the retirement of the original government counsel assigned to this case and requests further time to familiarize counsel with the case and its related documents.

Government counsel would also note for the Court that the motion hearing for defendant's

1  motion is set for January 5, 2017.  Defendant would not be disadvantaged by this continuance of ten

2  (10) days by December 22, 2016, which would allow defendant time and opportunity to reply to

3  government's response prior to the hearing by this Court.

4     This is the first request for continuance filed herein by Counsel.

5      DATED this 12th day of December, 2016.

                                          Respectfully Submitted,

                                          DANIEL G. BOGDEN
                                          United States Attorney

                                        _____/s/_____
                                          JARED L. GRIMMER
                                          Assistant United States Attorney

                                          IT IS SO ORDERED
                                          12/12/2016

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Government's Motion for a Continuance as to Government's Response to Defendant's Motion (ECF No 97), was served upon the Defendant via the CM/ECF system, concurrent with the electronic filing of this document.

DATED: December 12, 2016.

/s/
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada