BAILUS COOK & KELESIS, LTD.
MARK B. BAILUS, ESQ. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 737-7702
Facsimile: (702) 737-7712
Email: law@bckltd.com
*Attorneys for Defendant,*
*Dwight Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00521-JAD-PAL |
| Plaintiff, | **[JOINT PROPOSED]** |
| vs. | **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE RE: RESTITUTION (ECF No. 97)** |
| DWIGHT JACKSON, | |
| Defendant. | |

THIS MATTER having come before this Court on March 13, 2017 at 9:00 a.m on the Motion to Modify Conditions of Supervised Release Re: Restitution (ECF No. 97), Defendant, Dwight Jackson, present at liberty, by and through his attorney, Mark B. Bailus, Esq. of the law firm of Bailus Cook & Kelesis, Ltd., and Plaintiff, United States of America, by and through Assistant United States Attorney, Jared L. Grimmer, the Court having heard the arguments of counsel, having reviewed the papers and pleadings on file, being fully advised in the premises and good cause appearing therefore:

IT IS HEREBY ORDERED that Motion to Modify Conditions of Supervised Release Re: Restitution (ECF No. 97) be GRANTED.

IT IS FURTHER ORDERED that Defendant's total restitution amount be reduced to $117,155.00.

IT IS FURTHER ORDERED that if the Defendant can provide additional documentation of payments made, the parties can submit a proposed order to the Court to further modify the remaining restitution.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/12/2017

Respectfully submitted by:

BAILUS COOK & KELESIS, LTD.

 /s/ Mark B. Bailus
MARK B. BAILUS, ESQ. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
*Attorney for Defendant*

Approved as to form and content:

UNITED STATES ATTORNEY

 /s/ Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South #1100
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*